# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUCRETIA JENNINGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EQUIFAX INFORMATION SERVICES, ) <br> LLC; TRANSUNION DATA SOLUTIONS, ) <br> LLC; EXPERIAN INFORMATION ) <br> SOLUTIONS, INC.; and ALLY BANK., ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-05555 <br><br> Hon. Matthew F. Kennelly <br><br> Magistrate Hon. Sheila M. Finnegan |

## NOTICE OF SETTLEMENT AS TO
## EQUIFAX INFORMATION SERVICES, LLC ONLY

NOTICE IS HEREBY GIVEN that Plaintiff and Equifax Information Services, LLC ("Equifax") have reached a settlement in principle and are in the process of finalizing a confidential settlement agreement. Plaintiff and Equifax anticipate filing a stipulation of dismissal of Equifax pursuant to Federal Rule of Civil Procedure 41(a)(1) within 60 days. Plaintiff respectfully requests that Defendant Equifax be excused from all future appearances and deadlines until the settlement is complete.

DATED: December 15, 2021

Respectfully Submitted,
/s/ Seth McCormick
Seth McCormick (ARDC # 6309643)
Great Lakes Consumer Law Firm, LLC
73 W. Monroe St., Suite 100
Chicago, IL 60603
(312) 971-6787
seth@glclf.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** was served upon all interested parties using this Court's ECF filing system this December 15, 2021.

/s/ Seth McCormick