UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| LUCRETIA JENNINGS,<br>      Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION DATA SOLUTIONS, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and ALLY BANK;<br>      Defendants. | CASE NO. 1:21-cv-05555<br><br>Judge Matthew F. Kennelly |

**JOINT NOTICE OF SETTLEMENT
BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff, Lucretia Jennings, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union *only* in this action. Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated. Accordingly, Trans Union does not intend to participate in the Status Conference scheduled for June 15, 2022, unless otherwise directed by the Court.

Respectfully submitted,

Date: June 6, 2022   /s/ Seth B. McCormick (with consent)
Seth B. McCormick, Esq.
Great Lakes Consumer Law Firm, LLC
73 W. Monroe Street, Suite 100
Chicago, IL  60603
Telephone:  (312) 971-6787
E-Mail:  seth@glclf.com

*Counsel for Lucretia Jennings*

Date: June 6, 2022   /s/ Katherine Carlton Robinson
Katherine Carlton Robinson, Esq. (IL # 3169449)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400, Ext. 134 & 113
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC (improperly identified as Transunion Data Solutions, LLC)*

Laura K. Rang, Esq. (IL #2623849)
TransUnion, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  (312) 213-9858
Fax:  (312) 466-7986
E-Mail:  laura.rang@transunion.com

*Local Counsel for Defendant Trans Union, LLC (improperly identified as Transunion Data Solutions, LLC)*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **6th day of June, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Seth B. McCormick, Esq. seth@glclf.com | Adam T. Hill, Esq. ahill@seyfarth.com |
| Robert F. Hart, Esq. rhart@jonesday.com | Ethan G. Ostroff, Esq. ethan.ostroff@troutman.com |
| Punit K. Marwaha, Esq. punit.marwaha@troutman.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **6th day of June, 2022** properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ Katherine Carlton Robinson*
Katherine Carlton Robinson, Esq. (IL # 3169449)
Kari A. Morrigan, Esq. (IL #3470649)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400, Ext. 134 & 113
Fax: 317-363-2257
E-Mail: krobinson@schuckitlaw.com
E-Mail: kmorrigan@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC (improperly identified as Transunion Data Solutions, LLC)*