# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUCRETIA JENNINGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EQUIFAX INFORMATION SERVICES, ) <br> LLC; TRANSUNION DATA SOLUTIONS, ) <br> LLC; EXPERIAN INFORMATION ) <br> SOLUTIONS, INC.; and ALLY BANK., ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-05555 <br><br> Hon. Matthew F. Kennelly <br><br> Magistrate Hon. Sheila M. Finnegan |

## NOTICE OF SETTLEMENT AS TO ALLY BANK

NOTICE IS HEREBY GIVEN that Plaintiff and Ally Bank ("Ally") have reached a settlement in principle and are in the process of finalizing a confidential settlement agreement. Plaintiff and Ally anticipate filing a stipulation of dismissal of Ally pursuant to Federal Rule of Civil Procedure 41(a)(1) within 60 days, which will resolve all issues with all parties in this case. Plaintiff respectfully requests that the parties be excused from all future appearances and deadlines until the settlement is complete.

| | |
|---|---|
| DATED: June 8, 2022 | Respectfully Submitted, <br> /s/ Seth McCormick <br> Seth McCormick (ARDC # 6309643) <br> Great Lakes Consumer Law Firm, LLC <br> 73 W. Monroe St., Suite 100 <br> Chicago, IL 60603 <br> (312) 971-6787 <br> seth@glclf.com <br><br> *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** was served upon all interested parties using this Court's ECF filing system this June 8, 2022.

/s/ Seth McCormick
