## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Lucretia Jennings

                                Plaintiff,

v.                                                      Case No.: 1:21−cv−05555

                                                                Honorable Matthew F. Kennelly

Experian Information Solutions Inc, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 10, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to stipulation, all claims against defendant Trans Union LLC are dismissed with prejudice and without costs. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.